# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 01-30401
Summary Calendar

WILLIAM WOODFOLK, JR.,

Plaintiff-Appellant,

versus

ORMET PRIMARY ALUMINUM
CORPORATION,

Defendant-Appellee.

Appeal from the United States District Court
for the Middle District of Louisiana
USDC Docket No. 99-CV-77-B

August 22, 2001

Before POLITZ, WIENER, and PARKER, Circuit Judges.

PER CURIAM:[*]

William Woodfolk, Jr., appeals an adverse summary judgment in his action

against his former employer, Ormet Primary Aluminum Corporation. Our review of the

---

[*]Pursuant to 5ᵀᴴ CIR. R. 47.5, the Court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ CIR.
R. 47.5.4.

record, briefs, and controlling jurisprudence persuades that the trial court committed no error in its ruling. Accordingly, on the facts as found, authorities cited, and reasons assigned by the district court in its careful and comprehensive Ruling on Motion for Summary Judgment signed on February 22, 2001 and docketed and entered February 23, 2001, the judgment appealed is AFFIRMED.